UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

KELLY L. SMITH, JASON ARNOLD, ,

    Plaintiffs,

-vs-                                      Case No. 6:06-cv-1123-Orl-28KRS

NOSO, INC., JEFFREY WINSTON,

    Defendants.

## ORDER

This case is before the Court on Plaintiffs' Renewed Motion for Entry of Default Judgment (Doc. No. 21) filed May 14, 2007. The United States Magistrate Judge has submitted a report recommending that the motion be granted in part and denied in part.

After an independent *de novo* review of the record in this matter, and noting that no objections were timely filed, the Court agrees entirely with the findings of fact and conclusions of law in the Report and Recommendation. Therefore, it is **ORDERED** as follows:

    1.    That the Report and Recommendation filed July 3, 2007 (Doc. No. 22) is **ADOPTED** and **CONFIRMED** and made a part of this Order.

    2.    Plaintiffs' Renewed Motion for Entry of Default Judgment (Doc. No. 21) is **GRANTED in part and DENIED in part.**

    3.    Default Judgment is hereby entered against Defendants NOSO, Inc. and Jeffrey Winston on Plaintiffs' minimum wage and overtime compensation claims.

4. Defendants NOSO, Inc. and Jeffrey Winston, jointly and severally, are ordered to pay Plaintiff Kelly L. Smith damages in the amount of $8,058.50 (including liquidated damages).

5. Defendants NOSO, Inc. and Jeffrey Winston, jointly and severally, are ordered to pay Plaintiff Jason Arnold damages in the amount of $10,275.30 (including liquidated damages).

6. Defendants NOSO, Inc. and Jeffrey Winston, jointly and severally, are ordered to pay costs in the amount of $430.50.

7. Attorneys' fees are awarded to Plaintiffs' attorneys in the amount of $880.00. Defendants NOSO, Inc. and Jeffrey Winston, jointly and severally, are ordered to pay the attorneys' fees in the amount of $880.00.

8. Plaintiffs' counsel shall not collect any fee in addition to that awarded by the Court from the minimum wage and overtime compensation awarded to Plaintiffs.

9. The Clerk is directed to issue a judgment consistent with the rulings in this Order and thereafter, close this file.

**DONE** and **ORDERED** in Chambers, Orlando, Florida this １ˢᵗ day of August, 2007.

JOHN ANTOON II
United States District Judge

Copies furnished to:
United States Magistrate Judge
Counsel of Record
Unrepresented Party